**Michael H. McGean, OSB #00473**
mike@francishansen.com
FRANCIS HANSEN & MARTIN LLP
1148 NW Hill Street
Bend, OR 97701
(541) 389-5010
(541) 382-7068 (fax)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GLENN M. KOTARA,<br><br>              Plaintiff,<br><br>       v.<br><br>EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company, TRANSUNION LLC, a foreign limited liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign company,<br><br>              Defendants. | Case No. 6: 13-cv-1906<br><br>**REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Glenn M. Kotara hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Equifax Information Services LLC on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint to defendant Equifax Information Services LLC on November 11, 2013, as evidenced by the proof of service of summons filed December 5, 2013 (Docket #6., and attached to the Declaration of Counsel filed herewith.

**1 – REQUEST TO ENTER DEFAULT**



The above stated facts are set forth in the accompanying declaration of Michael H. McGean, filed herewith.

DATED: December 6, 2013.

FRANCIS HANSEN & MARTIN LLP

/s/ Michael H. McGean
**Michael H. McGean, OSB #00473**
Attorneys for Plaintiff Glenn M. Kotara

2 – REQUEST TO ENTER DEFAULT

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2013, I caused a true and correct copy of the foregoing document entitled **REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES LLC** to be electronically served to the parties in this case by electronically filing said document using the CM/ECF system.

FRANCIS HANSEN & MARTIN LLP

 /s/ Brittany Hedgpeth
Brittany Hedgpeth, Legal Assistant
to Michael H. McGean, OSB #00473
Attorney for Plaintiff

CERTIFICATE OF SERVICE



Francis Hansen & Martin LLP
1148 NW Hill Street, Bend, Or 97701-1914
Tel: (541) 389-5010 ▪ Fax: (541) 382-7068
WWW.FRANCISHANSEN.COM