**Michael J. Farrell**, OSB No.: 902587
Email: mfarrell@martinbischoff.com
**Stephen P. Yoshida**, OSB No.: 044588
Email: syoshida@martinbischoff.com
MARTIN BISCHOFF TEMPLETON
  LANGSLET & HOFFMAN, LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204
Telephone: 503.224.3113
Facsimile: 503.224.9471

Attorneys for JPMorgan Chase Bank, N.A.
wrongfully named as Chase Home Finance LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GLENN M. KOTARA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC a foreign limited liability company; TRANSUNION LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign company; CHASE HOME FINANCE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 6:13-CV-01906-AA<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

///

///

///

Page 1 -   JUDGMENT OF DISMISSAL WITH PREJUDICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

...

Based upon the parties' Settlement Notice and Stipulation of Dismissal filed herein, the above-captioned action is dismissed with prejudice and without costs to any party.

DATED: 11/27/2015

_____
HONORABLE ANN L. AIKEN
U.S. DISTRICT COURT JUDGE

Submitted by:

**Stephen P. Yoshida**, OSB No. 044588
syoshida@martinbischoff.com
MARTIN BISCHOFF TEMPLETON
   LANGSLET & HOFFMAN, LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
(503) 224-3113
Attorneys for Defendant JPMorgan Chase Bank, N.A.

Page 2 -   JUDGMENT OF DISMISSAL WITH PREJUDICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471